UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>KARIM RASHEED, et al.,<br><br>    Defendants. | Case No. 17-cv-05563-WHO (RS)<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

Plaintiff Gerardo Reyes's civil rights complaint is DISMISSED with leave to file an amended complaint on or before **March 19, 2018**. His allegations are almost entirely in Spanish, in a nearly 250-page affidavit. (Dkt. No. 1.) The Court thus is unable to discern whether the complaint "contain[s] sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Reyes must refile his affidavit in English. Perhaps he can do so with the help of the same person who drafted the English portions of his complaint. The Court has given a lengthy extension (to March 2018) so that this can be accomplished. If Reyes requires further time beyond that deadline to translate his allegations, the Court will afford him, upon his request, a reasonable extension of time.

1 The complaint is DISMISSED with leave to file an amended complaint on or before
2 **March 19, 2018**. The new complaint must include the caption and civil case number used
3 in this order (17-05563 WHO (PR)) and the words FIRST AMENDED COMPLAINT on
4 the first page. Because an amended complaint completely replaces the previous
5 complaints, Reyes must include in his first amended complaint all the claims he wishes to
6 present and all the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258,
7 1262 (9th Cir. 1992). He may not incorporate material from the prior complaint by
8 reference. Failure to file an amended complaint in accordance with this order will result in
9 dismissal of this action without further notice to Reyes.

10 It is Reyes's responsibility to prosecute this case. He must keep the Court informed
11 of any change of address by filing a separate paper with the clerk headed "Notice of
12 Change of Address." He must comply with the Court's orders in a timely fashion or ask
13 for an extension of time to do so. Failure to comply will result in the dismissal of this
14 action pursuant to Federal Rule of Civil Procedure 41(b).

15 The Court will consider Reyes's motion for the appointment of counsel (Dkt. No. 3)
16 after it has received an appropriate amended complaint.

17 **IT IS SO ORDERED.**

18 **Dated:** January 16, 2018

19 _____
WILLIAM H. ORRICK
20 United States District Judge